IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RODNEY D. ARCHER,                    )
                                     )
              Plaintiff,             )
    v.                               )
                                     )
CABARRUS COUNTY COURTHOUSE,          )
DISTRICT COURT DIVISION,             )
JUDGE CHRISTY WILHELM,               )       1:24-cv-531
JUDGE ELIZABETH STREET, JUDGE        )
STEVEN GROSSMAN, JUDGE D.            )
BRENT CLONINGER, JUDGE ANTHONY       )
KNOX, ATTORNEY H. JAY WHITE,         )
SR., ATTORNEY BENJAMIN BAUCOM,       )
ALTHEIA V. ANTHONY, NC HHS,          )
CHILD SUPPORT DIVISION, SONJA        )
TILLMAN, and MICHELLE STAPULA,       )
                                     )
              Defendants.            )
_____
RODNEY D. ARCHER,                    )
                                     )
              Plaintiff,             )
                                     )
    v.                               )
                                     )
CHRISTY WILHELM, ELIZABETH           )       1:25-cv-74
STREET, D. BRENT CLONINGER,          )
VERNA DONNELLY, CABARRUS             )
COUNTY COURTHOUSE, DISTRICT          )
COURT DIVISION, and NC DHHS,         )
CHILD SUPPORT DIVISION,              )
                                     )
              Defendants.            )
```

**<u>ORDER</u>**

On April 14, 2025, the United States Magistrate Judge's

Memorandum Opinion, Order, and Recommendation ("Recommendation")

was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636, in each of the above-captioned related cases. (1:24-cv-531, Docs. 19, 20; 1:25-cv-74, Docs. 6, 7.) In addition to that Recommendation, on April 14, 2025, the United States Magistrate Judge issued a Text Recommendation ("Text Recommendation") in civil action 1:24-cv-531, which was filed and notice was served on Plaintiff. (See Text Order on 4/15/2025, Doc. 21.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation and Text Recommendation are hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (1:24-cv-531, Doc. 19; 1:25-cv-74, Doc. 6), and Text Recommendation, (1:24-cv-531) are **ADOPTED. IT IS FURTHER ORDERED** that (A) all federal claims in Archer v. Cabarrus County Courthouse, District Court Division, et al., 1:24-cv-531, are **DISMISSED** under Section 1915(e)(2)(B), (B) all federal claims in Archer v. Cabarrus County Courthouse, District Court Division, et al., 1:25-cv-74, are **DISMISSED** as frivolous or malicious under the Court's inherent authority, and (C) all state claims in both cases, (id.), are **DISMISSED WITHOUT PREJUDICE** under Section 1367(c)(3).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Emergency Injunction and Release, (1:24-cv-531, Doc. 12), is **DENIED** in light of the dismissal of this action.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 12th day of May, 2025.

                                            /s/ William L. Osteen, Jr.
                                              United States District Judge

- 3 -

Case 1:25-cv-00074-WO-LPA    Document 8    Filed 05/12/25    Page 3 of 3